THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PLUNKETT, Appellant. [907 NYS2d 919]—

Appeal from a judgment of the Herkimer County Court (Patrick L. Kirk, J.), rendered May 23, 2007. The judgment convicted defendant, upon his plea of guilty, of aggravated assault on a police officer or a peace officer and assault in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of one count of aggravated assault upon a police officer or a peace officer (Penal Law § 120.11) and two counts of assault in the second degree (§ 120.05 [3]). By pleading guilty, defendant forfeited his contention that County Court erred in refusing to dismiss the indictment based upon the prosecutor's alleged failure to introduce exculpatory evidence before the grand jury (*see People v Crumpler*, 70 AD3d 1396, 1397 [2010], *lv denied* 14 NY3d 839 [2010]), as well as his contention concerning the alleged insufficiency of the evidence presented to the grand jury (*see People v Dickerson*, 66 AD3d 1371, 1372-1373 [2009], *lv denied* 13 NY3d 859 [2009]). In addition, defendant forfeited his contention that the court improperly curtailed defense counsel's questioning of prospective jurors concerning their views on mental illness because, "[b]y pleading guilty instead of going to trial, the defendant . . . necessarily surrendered his right to challenge on appeal any alleged trial errors" (*People v Green*, 75 NY2d 902, 904-905 [1990], *cert denied* 498 US 860 [1990]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ.